*Gantt*, for appellants.
*Mason*, for appellee.

———————

### GENERAL COURT, OCTOBER TERM, 1798.

#### Harrison, Assignee of Stokes, *vs.* Steele.

This was an action of *covenant* upon a *lease* by the *assignee* of the *lessor* against the *lessee*, for *rent in arrear*. [See the declaration in 1 *Har. Ent.* 522, 523.]

The defendant entered a *general demurrer* to the declaration. *Joinder* in demurrer.

*Martin*, (Attorney-General,) for plaintiff, cited the case of *Newcomb vs. Harvey, Carthew* 161, to prove that *Stokes* could recover from *Steele* the annual rent reserved by him in his deed *as a rent*, and that it is not considered a *sum in gross*; and further to prove, that if *Steele* had assigned, *Stokes* could still support his action against the second assignee. If *Stokes* could support his action against the assignee of *Steele, e converso,* the assignee of *Stokes*, (Mr. *Harrison*,) can support his action against *Steele;* for if the interest is assignable in law so as to give legal remedies, it will operate equally in each case; that is, in the case of the assignee of him who is to receive the rent, as well as in that of the assignee of him who is to pay it. *Covenant* lays *for an assignee* upon every covenant that concerns the land, as paying rent, &c.—2 *Com. Dig.* 563, *pl.* 6, though not on collateral covenants. An assignee shall not take advantage of a condition for payment of a *sum in gross.*—*Co. Lit.* 215. *b.* But this *rent is* not a sum in gross, but is *recoverable as a rent.*—*Carthew*, 161. 1 *Ventris*, 242, 272. In the deed from *Steele* to *Stokes* there is an *express covenant* to pay the annual rent to *Stokes* and *his assigns.* Every person who has a *certain interest* in a thing

which lies in grant, as *rent*, &c. may assign it.—1 *Com. Dig. tit. Assignment*, 402; so a grant of so many cords of wood growing on land, is an interest assignable. *Ibid.*

Smith, for defendant. *(a)*

THE GENERAL COURT gave judgment upon the *demurrer* for the *plaintiff*, and assessed damages, &c.